IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                   No. CIV S-05-1171 FCD KJM P

  vs.

H. WEAVER, et al.,

    Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983. Plaintiff has not, however, filed a complete in forma pauperis affidavit[1] or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit a completed affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of

/////

---

[1] The court received only the second page of the required two page in forma pauperis application.

1

1  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the
2  dismissal of this action; and
3      2. The Clerk of the Court is directed to send plaintiff a new Application to
4  Proceed In Forma Pauperis By a Prisoner.
5  DATED: June 27, 2005.

                                      UNITED STATES MAGISTRATE JUDGE

1/bb
dice1171.3a