IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                       No. CIV S-05-1171 FCD KJM P

    vs.

H. WEAVER, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On March 16, 2006, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On July 10, 2006, plaintiff filed a motion for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's motion for reconsideration of the magistrate judge's order of March 16, 2006 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 10, 2006 motion for reconsideration is denied.

DATED: July 20, 2006

                                          /s/ Frank C. Damrell Jr.
                                          FRANK C. DAMRELL JR.
                                          United States District Judge