IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BERLAN LYNELL DICEY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>H. WEAVER, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:05-CV-1171 FCD KJM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional 34 days, to and including August 25, 2006, within which to file an initial responsive pleading.

Dated: July 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE