IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERLAN LYNELL DICEY,

    Plaintiff,                   No. CIV-S-05-1171 FCD KJM P

    vs.

H. WEAVER, et al.,              ORDER

    Defendants.

_____/

    Plaintiff's October 04, 2006 "motion" indicates that on September 10, 2006, plaintiff attempted to submit an opposition to defendants' August 25, 2006 motion to dismiss. The September 10, 2006 document has not been received by the court.

    Accordingly, IT IS HEREBY ORDERED that, within thirty days, plaintiff shall file and serve a copy of his opposition to defendants' August 25, 2006 motion to dismiss. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 1, 2006.

_____
U.S. MAGISTRATE JUDGE

1/jg/dicey1771.order